CHARLES A. O'TOOLE, Respondent, *v.* CRANE & CLARK, INC., Appellant.

(Argued November 18, 1935; decided November 20, 1935.)

*John J. O'Leary* for motion.

*Abraham L. Doris* opposed.

The record on appeal has been filed with the clerk, although a few days late. The three copies were served upon the respondent's attorney but were returned. The motion to dismiss the appeal is granted, unless the appellant re-serves the respondent's attorney with three copies of the record within the next ten days and pays ten dollars costs within the same time. If these things be done the motion is denied, without costs.